FILED
2010 NOV 23 A 10:51
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CV 10 80 288 MISC

IN THE MATTER OF

Fadlo Mousalam - #038640

_____/

### ORDER TO SHOW CAUSE

It appearing that Fadlo Mousalam has been suspended for sixty days by the Supreme Court of California effective October 15, 2020,

**IT IS ORDERED**

That respondent show cause in writing on or before December 27, 2010 as to why he should not be suspended from the practice of law before this court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Fadlo Mousalam
Attorney At Law
19356 Darcrest Ct
Castro Valley, CA 94546