FILED
DEC 29 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                    No CV 10 80288 MISC VRW

Fadlo Mousalam,
                                     ORDER
   State Bar No 038640
_____/

       On November 23, 2010, the court issued an order to show cause (OSC) why Fadlo Mousalam should not be removed from the roll of attorneys authorized to practice law before this court, based upon his sixty-day suspension by the Supreme Court of California, effective October 15, 2010.

       The OSC was mailed to Mr Mousalam's address of record with the State Bar on November 24, 2010. On December 23, 2010, Mr Mousalam filed a response objecting to language of OSC and stating that he should only be suspended for sixty days from October 15, 2010. The State Bar web site as of the date of this order shows Mr Mousalam as not eligible to practice law.

       The court now orders Fadlo Mousalam removed from the roll of attorneys authorized to practice before this court until such time as he provides proof of reinstatement by the State Bar.

       IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge